```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

| | |
|---|---|
| JEFFERY L. COOPER,            * | |
|        Plaintiff              * | |
| vs.                           * | CASE NO. 3:08-CV-30 (CDL) |
| MICHAEL J. ASTRUE, Commissioner * | |
| of Social Security,             | |
|                               * | |
|        Defendant                | |
| _____ * | |

<u>O R D E R</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 3, 2009, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 27th day of February, 2009.

S/Clay D. Land  
CLAY D. LAND  
UNITED STATES DISTRICT JUDGE
